**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In the Interest of D. J. B., D. G., D. G., D. G. and D. L. v. Department of Family and Protective Services

Appellate case number:    01-16-00989-CV

Trial court case number:    2015-26726

Trial court:    309th District Court of Harris County

This is an accelerated appeal from a parental termination order. Our deadline for disposing of termination cases is 180 days after the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a), *reprinted in* TEX. GOV'T CODE ANN. Ann, tit. 2, subtit. F app. (West 2013). Therefore, it is imperative that records are timely filed.

The deadline for filing the reporter's record was December 27, 2016. On December 29, 2016, an order issued advising that the record was overdue and ordering the reporter's record to be filed within 10 days. On January 9, 2017, court reporter Delores Johnson filed volumes 3 and 5 of the reporter's record. Johnson also advised of two other court reporters who were involved in the case. One of those reporters, Walter Johnson, filed a notice on January 11 that he was not involved. He stated that the two reporters were Delores Johnson and Angelia Singleton. The other court reporter, Angelia Singleton, has not responded to our December 29 order.

Accordingly, we order court reporter Angelia Singleton to file the remaining volumes of reporter's record **on or before January 27, 2017**.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☑ Acting individually    ☐ Acting for the Court

Date: January 12, 2017